Submitted on record and briefs September 2, reversed November 23, 2005

In the Matter of Shane Lowe,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## SHANE LOWE,
*Appellant.*

0306-66610; A123463

124 P3d 632

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of an order of civil commitment that was entered on the ground that, because of a mental disorder, he is dangerous to himself or others and is unable to provide for his basic personal needs. ORS 426.005(1)(d). He argues that the trial court erred in concluding that the state had proved by clear and convincing evidence that he suffers from a mental disorder and is in need of further treatment. The state concedes that there is not clear and convincing evidence in the record that appellant suffers from a mental disorder and is in need of treatment. After reviewing the record, we accept the state's concession.

Reversed.